UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 13-243 SI (pr) |
| KELVIN J. JONES, | **JUDGMENT** |
| Petitioner. | |

This action is dismissed for lack of a case or controversy.

IT IS SO ORDERED AND ADJUDGED.

DATED: April 24, 2013

_____
SUSAN ILLSTON
United States District Judge