**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                               No. C 13-243 SI (pr)

KELVIN J. JONES,                          **JUDGMENT**

   Petitioner.
                                  /

This action is dismissed for lack of a case or controversy.

IT IS SO ORDERED AND ADJUDGED.

DATED: April 24, 2013                   _____
                                                  SUSAN ILLSTON
                                            United States District Judge